|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS LUDAVICO, SR., THOMAS LUDAVICO, JR., ASHLEY LUDAVICO

      Plaintiffs,

   v.

SACRAMENTO COUNTY, a Government Entity, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity, JOHN MCGINNESS, an individual, ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity, ELK GROVE UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT, a Public Entity, DANIEL ZUNIGA, an individual, ADRIAN ZUNIGA, an individual, JIM ROSE, an individual, DEPUTY POWE, an individual, DEPUTY MUELLER, an individual, DEPUTY SCHANAP, an individual, and DOES 1 through 50, inclusive,

      Defendants.
_____/

CASE NO. 2:08-cv-1473 FCD JFM

<u>ORDER</u>

----oo0oo----

1    This matter is before the court on plaintiffs Thomas
2 Ludavico Sr., Thomas Ludavico Jr., and Ashley Ludavico's
3 (collectively, "plaintiffs") ex parte application to extend the
4 deadline for filing an opposition to defendants Elk Grove Unified
5 School District and Elk Grove Unified School District Police
6 Department's (collectively, "defendants") motion to dismiss the
7 complaint and to extend the hearing on that motion.  Plaintiffs'
8 counsel represents that defendants' counsel has no opposition to
9 a thirty (30) day continuance of the hearing date.  (Decl. of
10 William E. Bonham in Supp. of Ex Parte Application, filed Jan.
11 21, 2009, ¶ 2).

12    Having reviewed plaintiffs' application and declaration in
13 support thereof, good cause having been shown, defendants' motion
14 to dismiss shall be heard on March 6, 2009, at 10:00 a.m. in
15 Courtroom 2.  Plaintiffs shall file an opposition by February 20,
16 2009 at 4:00 p.m.  Defendants shall file a reply by February 27,
17 2009 at 4:00 p.m.

18    IT IS SO ORDERED.

19 DATED: January 22, 2009

         FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE