## PORTER | SCOTT

A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Ayse Kuzucuoglu, SBN 251114
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO (erroneously sued as SACRAMENTO COUNTY and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT), JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY DEXTER POWE, DEPUTY MICHAEL HELLER (erroneously sued as "MUELLER") and DEPUTY BRETT SCHANNEP (erroneously sued as "SCHANAP")

## UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUDAVICO, Sr.; THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; JIM ROSE, an individual; DEPUTY POWE, an individual; DEPUTY MUELLER, an individual; DEPUTY SCHANAP, an individual; and DOES 1 to 50, inclusive,<br><br>　　Defendants.<br>_____/ | Case No. 2:08-CV-01473-FCD-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties hereby stipulate and agree that Defendants COUNTY OF SACRAMENTO (erroneously sued as SACRAMENTO COUNTY and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT), JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY DEXTER POWE, DEPUTY MICHAEL HELLER (erroneously sued as "MUELLER") and DEPUTY BRETT SCHANNEP (erroneously sued as "SCHANAP") may have until April 27, 2009 to file their response to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED:**

Dated: April 20, 2009                              LAW OFFICE OF WILLIAM E. BONHAM


                                                   By   /s/ William Bonham
                                                      William Bonham
                                                      Attorney for Plaintiffs
                                                      THOMAS LUDAVICO, Sr.; THOMAS
                                                      LUDAVICO, Jr.; ASHLEY LUDAVICO


Dated: April 20, 2009                              PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION


                                                   By   /s/ Michael W. Pott
                                                      Michael W. Pott
                                                      Ayse Kuzucuoglu
                                                      Attorneys for Defendants
                                                      SACRAMENTO COUNTY, SACRAMENTO
                                                      COUNTY SHERIFF'S DEPARTMENT, JOHN
                                                      MCGINNESS, DANIEL ZUNIGA, ADRIAN
                                                      ZUNIGA, DEPUTY DEXTER POWE,
                                                      DEPUTY MICHAEL HELLER (erroneously
                                                      sued as "MUELLER") and DEPUTY BRETT
                                                      SCHANNEP (erroneously sued as
                                                      "SCHANAP")

## **ORDER**

The Court having considered the parties stipulation, it is ordered that Defendants COUNTY OF SACRAMENTO (erroneously sued as SACRAMENTO COUNTY and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT), JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY DEXTER POWE, DEPUTY MICHAEL HELLER (erroneously sued as "MUELLER") and DEPUTY BRETT SCHANNEP (erroneously sued as "SCHANAP") may have until April 27, 2008 to file a responsive pleading to the Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Date: April 20, 2009

                                                   FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE