UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS LUDAVICO, et. al.,

        Plaintiffs,

    v.

SACRAMENTO COUNTY, et. al.,

        Defendants.

NO. CIV. S-08-1473 FCD JFM

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.  The hearing on Defendants Elk Grove Unified School District's Motion for Sanctions is continued to October 30, 2009, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than October 16, 2009. The Defendant may file and serve a reply on or before October 23, 2009.

    2.  Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

    3.  Plaintiff shall file his response to the order to show cause on or before October 16, 2009.

    4.  A hearing on the order to show cause, if necessary, will follow the hearing on the Motion for Sanctions.

    IT IS SO ORDERED.

DATED: September 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE