UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS LUDAVICO, et. al.,

      Plaintiffs,

  v.

SACRAMENTO COUNTY, et. al.,

      Defendants.

NO. CIV.S-08-1473 FCD JFM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1. Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to timely file plaintiffs' Second Amended Complaint in compliance with the court's order dated October 22, 2009.

2. Plaintiffs' counsel shall file his response to the order to show cause on or before March 12, 2010.

3. A hearing on the order to show cause is set for March 26, 2010 at 10:00 a.m. in Courtroom #2.

IT IS SO ORDERED.

DATED: February 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE