UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS LUDAVICO, et. al.,

      Plaintiffs,

    v.

SACRAMENTO COUNTY, et. al.,

      Defendants.

NO. CIV. S-08-1473 FCD JFM

<u>ORDER FOR SANCTIONS AND
FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

On February 11, 2010, plaintiffs' counsel, Mr. William Bonham, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to timely file plaintiffs' Second Amended Complaint in compliance with the court's order dated October 22, 2009. The court ordered counsel to file his response to the Order to Show Cause on or before March 12, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1. Plaintiffs' counsel, Mr. William Bonham, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a

response to the Order to Show Cause filed on February 11, 2010. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders. Counsel shall file his response to this Order to Show Cause on or before March 26, 2010.

    3.   The hearing currently set for March 26, 2010 is VACATED, and a hearing on this further Order to Show Cause is set for April 9, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: March 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE