William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com
**Attorneys for Defendants** SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY
POWE, DEPUTY HELLER (erroneously sued as "MUELLER") and DEPUTY SCHANNEP
(erroneously sued as "SCHANAP")

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS     LUDAVICO,     Sr.,     THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO, | CASE NO.  2:08-cv-01473-FCD-JFM |
| Plaintiffs, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| SACRAMENTO   COUNTY,   a   Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,   a   Public   Entity;   JOHN MCGINNESS, an individual; ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA,   an   individual;   JIM   ROSE,   an individual;   DEPUTY   POWE,   an   individual; DEPUTY MUELLER, an individual; DEPUTY SCHANAP, an individual; and DOES 1 to 50, inclusive, | |
| Defendants. | |
| _____/ | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.


Dated: April 21, 2011                                 PORTER SCOTT
                                                      A PROFESSIONAL CORPORATION

                                              By ___ /s/Derek J. Haynes _____
                                                      Michael W. Pott
                                                      Derek J. Haynes
                                                      Attorneys for Defendants

Dated: April 20, 2011

                                              By:  _/s/William E. Bonham (authorized on 4/20/11)
                                                      William E. Bonham
                                                      Attorney for Plaintiffs


### ORDER

IT IS HEREBY ORDERED that this matter be referred to the Court's Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: April 21, 2011                        _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE