William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com

**Attorneys for Defendants** SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY POWE, DEPUTY HELLER (erroneously sued as "MUELLER") and DEPUTY SCHANNEP (erroneously sued as "SCHANAP")

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO, <br><br>                   Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; JIM ROSE, an individual; DEPUTY POWE, an individual; DEPUTY MUELLER, an individual; DEPUTY SCHANAP, an individual; and DOES 1 to 50, inclusive, <br><br>                   Defendants. <br> _____/ | CASE NO.  2:08-cv-01473-FCD-JFM <br><br> **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE STATUS (PRE-TRIAL SCHEDULING) ORDER** <br><br> **(MODIFIED FROM SUBMITTED VERSION)** |

**GOOD CAUSE APPEARING**, the Status (Pre-Trial Scheduling) Order is modified as follows:

| | |
|---|---|
| Last Day to Complete Discovery: | March 16, 2012 |
| Expert Witness Disclosure: | April 12, 2012 |
| Supplemental Disclosure of Rebuttal Expert Witnesses: | April 23, 2012 |
| Last Day to Complete Expert Discovery: | **May 25, 2012** |
| Last Day to Hear Dispositive Motions: | **August 24, 2012** |
| Final Pre-Trial Conference: | **January 11, 2013 at 1:30 p.m.** |
| Trial: | **March 12, 2013 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  April 21, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE