1  WILLIAM BONHAM, SBN 55478
   Law Office of William E. Bonham
2  916 Second Street, 2nd Floor
   Sacramento, CA 95814
3  Williambonham@sbcglobal.net
   Telephone:   (916) 557-1113
4  Facsimile:   (916) 557-1118

5  Attorney for Plaintiffs
   THOMAS LUDAVICO, Sr.; THOMAS LUDAVICO, Jr.;
6  And, ASHLEY LUDAVICO.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUDAVICO, Sr.; THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO | No.: 2:08-cv-1473 FCD JFM |
| Plaintiffs, | STIPULATION AND ORDER FOR LEAVE TO FILE SECOND CORRECTED SECOND AMENDED COMPLAINT |
| vs. | |
| SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT a Public Entity; JOHN MCGINNESS, an individual; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; DEPUTY POWE, an individual; DEPUTY M. HELLER, an individual; DEPUTY SCHANNEP an individual; SERGEANT G. HANKS, an individual; SERGEANT MORA, an individual; DEPUTY SYDOW, an individual; DEPUTY WEIGHTMAN, an individual; and, DOES 1 Through 50, inclusive. | |
| Defendants | |

1

1  The parties, by and through their undersigned counsel of record, hereby stipulate and
2 request leave to file the Second Corrected Second Amended Complaint for Damages in Violation
3 of Civil Rights Pursuant to 42 U.S.C. § 1983, which is attached hereto as Exhibit A.
4  The parties are scheduled to participate in a VDRP session, to be conducted as a
5 settlement conference, on August 24, 2011 and need to serve one another as well as mediator
6 Mark A. Wasser with a written statement no later than August 17, 2011.  To this end Plaintiffs
7 need to file the Second Corrected Second Amended Complaint to insure the parties will focus on
8 the relevant issues framed within.  The parties have met and conferred regarding this matter.
9  Accordingly, the parties hereby stipulate and agree to the filing of the attached Second
10 Corrected Second Amended Complaint.

DATED: August 3, 2011                           PORTER SCOTT
                                                A PROFESSIONAL CORPORATION


                                                By: /s/ William E. Bonham for
                                                DEREK J. HAYNES
                                                Attorney for Defendant
                                                SACRAMENTO COUNTY, et al.



DATED: August 3, 2011
                                                By: /s/ William E. Bonham for
                                                WILLIAM E. BONHAM
                                                Attorney for Plaintiff's
                                                TOM LUDAVICO, et al.

# ORDER

IT IS ORDERED that Plaintiff's are granted leave to file the attached Second Corrected Second Amended Complaint.

DATED: August 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE