William E. Bonham, SB# 55478
Attorney at Law
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com
**Attorneys for Defendants** SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY POWE, DEPUTY HELLER (erroneously sued as "MUELLER") and DEPUTY SCHANNEP (erroneously sued as "SCHANAP")

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO,<br><br>         Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; JIM ROSE, an individual; DEPUTY POWE, an individual; DEPUTY MUELLER, an individual; DEPUTY SCHANAP, an individual; and DOES 1 to 50, inclusive,<br><br>         Defendants.<br>_____/ | CASE NO.  2:08-CV-01473-FCD-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' SECOND CORRECTED SECOND AMENDED COMPLAINT**<br><br>**Complaint Filed:  06/24/2008**<br>**2nd Corrected 2nd Amended Complaint Filed: 08/05/2011** |

Pursuant to Local Rule 144(a), it is hereby stipulated and agreed by and between Plaintiffs THOMAS LUDAVICO, SR., THOMAS LUDAVICO, JR., AND ASHLEY LUDAVICO and Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN, by and through their respective undersigned counsel, that Defendants may have until August 29, 2011 to respond to Plaintiffs' Second Corrected Second Amended Complaint [Docket No. 68].

The extension will allow the parties to focus their time and resources on the upcoming Voluntary Dispute Resolution Session scheduled for August 24, 2011.  If that session does not result in a settlement, Defendants will move forward with filing their response to Plaintiffs' Second Corrected Second Amended Complaint. Defendants obtained one prior extension of time to respond to Plaintiffs' First Amended Complaint, but have not received an extension with respect to the Second Corrected Second Amended Complaint.

**IT IS SO STIPULATED**

Dated: August 19, 2011

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Michael W. Pott
    Michael W. Pott
    Derek J. Haynes
    Attorneys for Defendants

Dated: August 18, 2011

By: /s/ William E. Bonham (authorized 08/18/11)
    William E. Bonham
    Attorney for Plaintiffs

## ORDER

This Court, having considered the parties stipulation, orders that Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN may have until August 29, 2011 to file a responsive pleading to Plaintiffs' Second Corrected Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE