William E. Bonham, SB# 55478
Attorney at Law
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com
**Attorneys for Defendants** SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEPUTY POWE, DEPUTY HELLER (erroneously sued as "MUELLER") and DEPUTY SCHANNEP (erroneously sued as "SCHANAP")

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; ELK GROVE UNIFIED SCHOOL DISTRICT, a Public Entity; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; JIM ROSE, an individual; DEPUTY POWE, an individual; DEPUTY MUELLER, an individual; DEPUTY SCHANAP, an individual; and DOES 1 to 50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 2:08-CV-01473-FCD-JFM<br><br>**SUPPLEMENTAL STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' SECOND CORRECTED SECOND AMENDED COMPLAINT**<br><br>**Complaint Filed:** 06/24/2008<br>**2nd Corrected 2nd Amended Complaint Filed:** 08/05/2011 |

Pursuant to Local Rule 144(a), it is hereby stipulated and agreed by and between Plaintiffs THOMAS LUDAVICO, SR., THOMAS LUDAVICO, JR., AND ASHLEY LUDAVICO and Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN, by and through their respective undersigned counsel, that Defendants may have until September 30, 2011 to respond to Plaintiffs' Second Corrected Second Amended Complaint [Docket No. 68].

The parties filed a similar stipulation requesting an extension to August 29, 2011 so they could focus their time and resources on the Voluntary Dispute Resolution Program (VDRP) Session scheduled for August 24, 2011 [Docket No.70]. The Court granted that request by Order dated August 19, 2011 [Docket No. 71].

On August 23, 2011, the day before the scheduled VDRP Session, the VDRP Neutral, Mr. Mark Wasser, advised that he had an emergency and would have to reschedule the Session. The VDRP Session is now rescheduled for September 22, 2011. Therefore, the parties respectfully request a further extension of time, giving Defendants until September 30, 2011 to respond to Plaintiffs' Second Corrected Second Amended Complaint. If that session does not result in a settlement, Defendants will move forward with filing their responsive pleading.

**IT IS SO STIPULATED**

Dated: August 25, 2011                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By /s/ Michael W. Pott
                                              Michael W. Pott
                                              Derek J. Haynes
                                              Attorneys for Defendants

Dated: August 25, 2011

                                          By: /s/ William E. Bonham (authorized 08/25/11)
                                              William E. Bonham
                                              Attorney for Plaintiffs

# **ORDER**

This Court, having considered the parties stipulation, orders that Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN may have until **September 30, 2011** to file a responsive pleading to Plaintiffs' Second Corrected Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:  August 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3

**SUPPLEMENTAL STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' SECOND CORRECTED SECOND AMENDED COMPLAINT**