William E. Bonham, SB# 55478
Attorney at Law
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com
SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER (erroneously sued as "MUELLER") BRETT SCHANNEP (erroneously sued as "SCHANAP"), GREGORY HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO,<br><br>              Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; DEPUTY POWE, an individual; DEPUTY M. HELLER, an individual; DEPUTY SCHANNEP, an individual; SERGEANT G. HANKS, an individual; SERGEANT MORA, an individual; DEPUTY SYDOW, an individual; DEPUTY WEIGHTMAN, an individual; and DOES 1 to 50, inclusive,<br><br>              Defendants. | CASE NO. 2:08-CV-01473-FCD-JFM<br><br>**SUPPLEMENTAL STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' SECOND CORRECTED SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:  06/24/2008<br>2nd Corrected 2nd Amended Complaint Filed: 08/05/2011 |

{00942773.DOC}                                                          1
**SUPPLEMENTAL STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' SECOND CORRECTED SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 144(a), it is hereby stipulated and agreed by and between Plaintiffs THOMAS LUDAVICO, SR., THOMAS LUDAVICO, JR., AND ASHLEY LUDAVICO and Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN, by and through their respective undersigned counsel, that Defendants may have until October 14, 2011 to respond to Plaintiffs' Second Corrected Second Amended Complaint [Docket No. 68].

The parties filed a stipulation requesting an extension to September 30, 2011 so they could focus their time and resources on the Voluntary Dispute Resolution Program (VDRP) Session, which occurred on September 21, 2011. The Court issued an Order granting that request on August 25, 2011. [Docket No. 73.]  The parties did not reach a final resolution of this matter during that VDRP session.  However, they are continuing their efforts to reach an agreement. To further those efforts, and avoid incurring potentially unnecessary costs that could be put towards settlement, the parties hereby stipulate and agree to continue the deadline for Defendants to respond to the Second Corrected Second Amended Complaint to **October 14, 2011.**

**IT IS SO STIPULATED.**


Dated: October 6, 2011                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By  /s/  Michael W. Pott
                                               Michael W. Pott
                                               Derek J. Haynes
                                               Attorneys for Defendants


Dated: September 29, 2011                 By: /s/ William E. Bonham (authorized on 9/29/11)
                                               William E. Bonham
                                               Attorney for Plaintiffs

**ORDER**

This Court, having considered the parties' stipulation, orders that Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER, BRETT SCHANNEP, GREG HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN may have until **October 14, 2011** to file a responsive pleading to Plaintiffs' Second Corrected Second Amended Complaint.  No further extensions to respond to the Second Amended Complaint shall be granted.

**IT IS SO ORDERED.**

Dated:  October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE