**William E. Bonham, SB# 55478**
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
TEL:  916.557.1113
FAX:  916.557.1118
billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com
Attorneys for Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE, MICHAEL HELLER (erroneously sued as "MUELLER") BRETT SCHANNEP (erroneously sued as "SCHANAP"), GREGORY HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN

**UNITED STATES DISTRICT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO, <br><br>          Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; DEPUTY POWE, an individual; DEPUTY M. HELLER, an individual; DEPUTY SCHANNEP, an individual; SERGEANT G. HANKS, an individual; SERGEANT MORA, an individual; DEPUTY SYDOW, an individual; DEPUTY WEIGHTMAN, an individual; and DOES 1 to 50, inclusive, <br><br>          Defendants. | CASE NO.  2:08-CV-01473-MCE-JFM <br><br> **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE AMENDED PRETRIAL SCHEDULING ORDER** <br><br> **Complaint Filed:  06/24/2008** <br> **2nd Corrected 2nd Amended Complaint Filed: 08/05/2011** |

1    GOOD CAUSE APPEARING, the parties' stipulated request to modify the Amended Pre-Trial
2 Scheduling Order is GRANTED.  A Second Amended Pretrial Scheduling Order will follow this Order.
3    **IT IS SO ORDERED.**

Dated:  June 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REQUEST TO MODIFY
THE AMENDED PRETRIAL SCHEDULING ORDER