1

**William E. Bonham, SB# 55478**

2
Attorney at Law
Hotel de France Bldg., Old Sacramento

3
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

4
TEL:  916.557.1113
FAX:  916.557.1118

5
billbonham@mylaw.comcastbiz.net
Attorney for Plaintiffs: Thomas LUDAVICO, Sr., Thomas LUDAVICO, Jr., Ashley LUDAVICO

6

7
**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION

8
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621

9
350 University Ave., Suite 200
Sacramento, California 95825

10
TEL: 916.929.1481
FAX: 916.927.3706

11
mpott@porterscott.com

12
dhaynes@porterscott.com
Attorneys for Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S

13
DEPARTMENT, JOHN MCGINNESS, DANIEL ZUNIGA, ADRIAN ZUNIGA, DEXTER POWE,
MICHAEL HELLER (erroneously sued as "MUELLER") BRETT SCHANNEP (erroneously sued as

14
"SCHANAP"), GREGORY HANKS, CHRIS MORA, JOHN SYDOW, and CHRIS WEIGHTMAN

15

**UNITED STATES DISTRICT**
**EASTERN DISTRICT OF CALIFORNIA**

16

17

18
THOMAS   LUDAVICO,   Sr.,   THOMAS
LUDAVICO, Jr.; ASHLEY LUDAVICO,

CASE NO.  2:08-CV-01473-MCE-JFM

19
             Plaintiffs,

**ORDER GRANTING STIPULATED**
**REQUEST TO MODIFY THE AMENDED**

20
vs.

**PRETRIAL SCHEDULING ORDER**

21
SACRAMENTO   COUNTY,   a   Government
Entity;      SACRAMENTO      COUNTY

**Complaint Filed:  06/24/2008**

22
SHERIFF'S DEPARTMENT, a Public Entity;

**2nd Corrected 2nd Amended Complaint Filed:**
**08/05/2011**

23
JOHN MCGINNESS, an individual; DANIEL
ZUNIGA, an individual; ADRIAN ZUNIGA,

**Third Amended Complaint Filed: 07/03/2012**

24
an individual; DEPUTY POWE, an individual;
DEPUTY   M.   HELLER,   an   individual;

25
DEPUTY   SCHANNEP,   an   individual;
SERGEANT   G.   HANKS,   an   individual;

26
SERGEANT MORA, an individual; DEPUTY
SYDOW,      an      individual;      DEPUTY

27
WEIGHTMAN, an individual; and DOES 1 to
50, inclusive,

28
             Defendants.

1

{01060214.DOC}ORDER GRANTING STIPULATED REQUEST TO MODIFY
THE AMENDED PRETRIAL SCHEDULING ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOD CAUSE APPEARING, the parties' stipulated request to modify the Amended Pretrial Scheduling Order is GRANTED.  The Court's Second Amended Pretrial Scheduling Order [ECF No. 89] is hereby vacated.  A Third Amended Pretrial Scheduling Order will issue.

IT IS SO ORDERED.


Dated:  October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

{01060214.DOC}ORDER GRANTING STIPULATED REQUEST TO MODIFY
THE AMENDED PRETRIAL SCHEDULING ORDER