**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com

**Attorneys for Defendants** SACRAMENTO COUNTY, MICHAEL HELLER (erroneously sued as "MUELLER") BRETT SCHANNEP (erroneously sued as "SCHANAP"), and CHRIS WEIGHTMAN

**William E. Bonham, SB# 55478**
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
TEL: 916.557.1113
FAX: 916.557.1118
billbonham@mylaw.comcastbiz.net
**Attorney for Plaintiff** THOMAS LUDOVICO, Sr.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUDAVICO, Sr., THOMAS LUDAVICO, Jr.; ASHLEY LUDAVICO, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>SACRAMENTO COUNTY, a Government Entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Public Entity; JOHN MCGINNESS, an individual; DANIEL ZUNIGA, an individual; ADRIAN ZUNIGA, an individual; DEPUTY POWE, an individual; DEPUTY M. HELLER, an individual; DEPUTY SCHANNEP, an individual; SERGEANT G. HANKS, an individual; SERGEANT MORA, an individual; DEPUTY SYDOW, an individual; DEPUTY WEIGHTMAN, an individual; and DOES 1 to 50, inclusive, <br><br>　　　　Defendants. | CASE NO. 2:08-CV-01473-MCE-AC <br><br>**STIPULATION AND ORDER FOR DISMISSAL** <br><br>**Complaint Filed:** 06/24/08 <br>**Amended Complaint:** 03/31/09 <br>**Second Amended Complaint:** 02/11/10 <br>**Corrected 2nd Amended Complaint:** 02/12/10 <br>**2nd Corrected 2nd Amended Comp:** 08/05/11 <br>**Third Amended Complaint:** 07/03/12 |

1

{01114502.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff THOMAS LUDOVICO and Defendants SACRAMENTO COUNTY, MICHAEL HELLER (erroneously sued as "MUELLER"), BRETT SCHANNEP (erroneously sued as "SCHANAP"), and CHRIS WEIGHTMAN, by and through their undersigned counsel of record, that this action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: March 15, 2013    PORTER SCOTT
　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　By  /s/Derek J. Haynes
　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　Derek J. Haynes
　　　　　　　　　　　　　　Attorneys for Defendants


Dated: March 15, 2013    William E. Bonham

　　　　　　　　　　　　By  /s/William E. Bonham (authorized 03/15/13)
　　　　　　　　　　　　　　William E. Bonham
　　　　　　　　　　　　　　Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED.** The Clerk of Court is directed to close this file.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

{01114502.DOC}